**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-6389**

─────────────

ALIVE MICHAEL ANDERSON, a/k/a Charles B.
Williams,

                              Petitioner - Appellant,

        versus

JAMES B. FRENCH,

                              Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. James C. Fox, District Judge.
(CA-97-816-5-F-2)

─────────────

Submitted:  July 2, 1998          Decided:  July 27, 1998

─────────────

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Alive Michael Anderson, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alive Michael Anderson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Anderson v. French, No. CA-97-816-5-F-2 (E.D.N.C. Feb. 6, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2